RECEIVED
JAN 2 1 2021
AT 8:30   3:15   PM
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Nicholas J. Ranjan |
| v. | : Criminal No. 21-71 (~~20-1090~~) |
| WILLIAM KAETZ a/k/a "Bill Kaetz" | : 18 U.S.C. §§ 115(a)(1)(B), 115(b)(4) |
| | : 18 U.S.C. § 875(c) |
| | : 18 U.S.C. §§ 119(a)(1), 119(a)(2) |
| | : 18 U.S.C. § 922(g)(1) |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### Count One
### (Threats to Assault and Murder a United States Judge)

On or about October 18, 2020, in the District of New Jersey, the defendant, WILLIAM KAETZ, a/k/a "Bill Kaetz", did threaten to assault and murder Judge C.C.C., a United States District Court Judge for the District of New Jersey, who is known to the Grand Jury, with intent to impede, intimidate, and interfere with Judge C.C.C. while engaged in the performance of official duties, and with intent to retaliate against Judge C.C.C. on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## Count Two
**(Interstate Communications Containing Threats to Injure)**

On or about October 18, 2020, in the District of New Jersey, the defendant, WILLIAM KAETZ, a/k/a "Bill Kaetz", did knowingly and willfully transmit in interstate commerce an email communication to Judge C.C.C., a United States District Court Judge for the District of New Jersey, who is known to the Grand Jury, containing a threat to injure the person of Judge C.C.C.

In violation of Title 18, United States Code, Section 875(c).

## Count Three
**(Making Restricted Personal Information Publicly Available)**

On or about October 18, 2020, in the District of New Jersey, the defendant, WILLIAM KAETZ, a/k/a "Bill Kaetz", knowingly made restricted personal information about United States District Court Judge C.C.C. publicly available, with the intent to threaten and intimidate, and with the intent and knowledge that the restricted personal information would be used to threaten and intimidate United States District Court Judge C.C.C, by making public on the social media sites Facebook and Twitter restricted personal information, including the home address of United States District Judge C.C.C.

In violation of Title 18, United States Code, Sections 119(a)(1) and 119(a)(2).

## Count Four
### (Felon in Possession of Firearm and Ammunition)

On or about October 26, 2020, in the District of New Jersey, the defendant, WILLIAM KAETZ, a/k/a "Bill Kaetz", knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, mailing threatening communications, in violation of 18 U.S.C. § 876, on or about July 16, 2003, at Docket Number 02-752, in the United States District Court for the Eastern District of Pennsylvania, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition to wit: one Arisaka, model Type 99, 7.7x58mm bolt-action service rifle, bearing serial number 33366; sixteen rounds of .30-06 caliber ammunition, stamped TW 52; and one round of .300 caliber ammunition, stamped "W-W SUPER".

In violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Allegation

1. The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth at Counts One, Two, and Three of this Indictment, the defendant, WILLIAM KAETZ, a/k/a "Bill Kaetz", shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

4. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count Four of this Indictment, the defendant, WILLIAM KAETZ, a/k/a "Bill Kaetz", shall forfeit to the United States the firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, one Arisaka, model Type 99, 7.7x58mm bolt-action service rifle, bearing serial number 33366; sixteen rounds of .30-06 caliber ammunition, stamped TW 52; and one round of .300 caliber ammunition, stamped "W-W SUPER", all recovered from the defendant's residence on or about October 26, 2020.

A TRUE BILL

FOREPERSON

SCOTT W. BRADY
United States Attorney
PA ID No. 88352
Acting Under Authority
Conferred by 28 U.S.C. § 515

CASE NUMBER: 21-71

# United States District Court District of New Jersey

**UNITED STATES OF AMERICA**

v.

**WILLIAM KAETZ,**
a/k/a "Bill Kaetz"

## INDICTMENT FOR

18 U.S.C. §§ 115(a)(1)(B), 115(b)(4), 119(a)(1), 119(a)(2), 875(c), and 922(g)(1)

A True Bill

_____
FOREPERSON

**SCOTT W. BROADY**
U.S. ATTORNEY
PITTSBURGH, PENNSYLVANIA
Acting Under Authority Conferred by 28 U.S.C. § 515

TONYA S. GOODMAN AND CINDY K. CHUNG
SPECIAL ASSISTANT U.S. ATTORNEYS
(412) 894-7340/7397
Acting Under Authority Conferred by 28 U.S.C. § 515