FILED
FEB 02 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

William F. Kaetz
11350-067 Essex County Jail
354 Doremus Ave
Newark NJ 07105

United States of America
V
William F. Kaetz

United States of America
Western District Pennsylvania
Case: 2:20-CR-01090
Motion For Resolution
Affidavit and Certificate of Good Faith For Disqualification of Judge Nicholas Ranjan Pursuant To 28 USCS §§144, 455 R. Crim. P. 12(b)(3)(A)(ii) and (iii)

I, William F. Kaetz, File This Affidavit Pursuant To 28 U.S.C.S. §§144, 455 For The Disqualification of Judge Nicholas Ranjan Pro Se, and Certify That This Affidavit is Beening Filed in Good Faith and Moves For A Resolution.

I, William F. Kaetz, Defendant in the Above Captioned Case, Swear under Penalty of perjury The Above and Forgoing Statements are True To The Best of My Knowledge and Belief. This is in Reference To The Court Order and Memorandum of 1/4/2021 Denying Release.

(1) ON OCTOBER 18 2020 I WAS ARRESTED AND DETAINED FOR ALLEGED CRIMES OF THREATENING COMMUNICATIONS TO DO BODILY HARM INJURY TO A FEDERAL JUDGE, JUDGE 1.

(2) ON OR ABOUT OCTOBER 23, 2020, THE FBI CONFISCATED MY CELL PHONE, FILES, COMPUTERS, WHILE I WAS DETAINED IN A QUARANTENE JAIL CELL WITH NO ACCESS TO THE OUTSIDE WORLD FOR 14 DAYS AND VERY LIMITED TIME, 15 MINUTES A DAY IF GIVEN TO MAKE A PHONE CALL OR SHOWER, THE PHONE DID NOT WORK MOST OF THE TIME, NO FRESH WATER TO DRINK.

(3) ON OCTOBER 26 2020 I WAS SUBJECTED TO A COMBINED PRELIMINARY HEARING AND DETENTION HEARING AS TO WHICH I HAD NO EVIDENCE TO FORM AND PRESENT A DEFENSE BECAUSE OF QUARANTENE LOCK UP AND CONFISCATION OF MY CELL PHONE AND COMPUTERS AND FILES. I FIRST MET AN APPOINTED ATTORNEY THAT TOLD ME NOT TO TESTIFY. THIS RESULTED IN PROBABLE CAUSE TO BE FOUND AND MY DETENTION UNTIL TRIAL ORDER. STIGMA UPON ME IS A FACTOR.

(4) I COULD NOT FILE A RECONSIDERATION MOTION UNTIL LATE DECEMBER BECAUSE OF THE MEDIA PUBLICITY BROUGHT ON BY THE U.S. MARSHALS SCARING MY FRIENDS AND FAMILY AND THE

CONFISCATION OF MY DATA THAT IS EXCULPATORY EVIDENCE THAT IS PREVENTING ME TO FORM AND PRESENT A DEFENSE.

(5) I HAVE WRITTEN TO THIS COURT AND TO THE APPOINTED COUNCEL OF THE GOVERNMENTS' PREVENTION OF ME FORMING AND PRESENTING A DEFENSE, A DUE PROCESS RIGHT VIOLATION.

(6) MY COMMUNICATIONS THAT ARE BEING USED AGAINST ME ARE PETITIONS OF REDRESS OF GRIEVANCES PROTECTED UNDER THE FIRST AMENDMENT.

(7) IN THE ALLEGED CHARGES COMPLAINT THERE ARE 3 PETITIONS: A PHONE MESSAGE, A LETTER, AN EMAIL. ALL PETITIONS WERE ABOUT JUDGE 1'S REQUIREMENT TO DISQUALIFY HERSELF PURSUANT TO 28 USCS §§ 144, 455, I FILED TIMELY MOTIONS FOR HER RECUSAL. JUDGE 1 FAILED TO COMPLY STONEWALLING THE ISSUE AND CONTINUED TO RULE ON MY CASES WITH BIAS PREJUDICING ME WITH INJURY, HER ACTIONS WERE NOT "OFFICIAL DUTIES" ANY MORE.

(8) MY LETTER WAS COURT DOCUMENTS SERVED TO JUDGE 1'S HOUSE, THE SECOND MOTION FOR HER RECUSAL, ITS NOT A THREAT TO DO BODILY INJURY.

(9) THE PHONE CALL I SAID I WILL NOT TAKE NO FOR AN ANSWER TO THE MOTION. THIS IS NOT A THREAT TO DO BODILY HARM. IT MAKES CLEAR I WILL NOT CONCEDE TO HER BIAS.

(10) THE EMAIL PETITIONED THE U.S. MARSHALS AND THE U.S. ATTORNEYS, WITH Judge 1 AS RECIPIANT, TO QUESTION Judge 1 AS TO WHY SHE IS STONEWALLING MY CASES.

(11) I USED THE LAW'S OWN STRONG WORDS, I WENT AGAINST THE GRAIN, PRESENTED UNPOPULAR ISSUES, I CRITICISED, I INCLUDED VEHEMENT, CAUSTIC, AND UNPLEASANT SHARP ATTACT, NOT WITH GOOD TASTE, AND VIGOROUSLY ADVOCATED FOR Judge 1'S DISQUALIFICATION AND FOR THE GOVERNMENT TO ADDRESS MY COMPLAINT AND QUESTION Judge 1. MY EMAIL CONTAINED MY CIVIL COMPLAINT AGAINST THE GOVERNMENT, MOTION TO REOPEN THE CASE, AND MOTION FOR Judge 1'S RECUSAL.

(12) MY EMAIL DOES NOT INCLUDE A THREAT TO DO BODILY HARM.

(13) I SAID Judge 1 IS A TRAITOR AND THAT HAS A DEATH SENTENSE. THE GOVERNMENT AND Judge NIC[illegible]AS RANJAN MISCHARACHORIZES THAT TO A THREAT TO KILL AND ADDS THE WORD "WARRANTS" TO JUSTIFY THEIR MISCHARACTORIZATION. TREASON IS A SERIOUS CRIME WITH A MAXIMUM SENTENCE OF DEATH, IT IS A FACT OF LAW. I did NOT IN ANYWAY SAY Judge 1 DESERVES DEATH. THE GOVERNMENT AND Judge NICOLAS RANJAN STATED THE WORDS

"Judge 1 is a Traitor wich "Warrants" a Death Sentence" Adding Words mischaractorizing the whole meaning of the Statement as to which is Bias and prejudices against me with injury and in Favor of the Government.

(14) The Next Statement Following the Above mischaractorization Statement Judge Nicholas Ranjan Jumps over words to continue the Mischaractorization and Filters my Email to suit the Government's needs and places "It will come a time to take down People..." "Like the Traitor Judge 1" Deliberately Filtering out that "I use the pen than the Sword" and its about the "Push for Communism" and "People who fail to do their Job to Be Loyal to this Nation" statements. This Mischaractorization and Filtration of my Email Petition changes the whole meaning of the Statements as to which is Bias and Prejudices against me with Injury and in Favor of the Government.

(15) The Next Statement Following the Above Filters and Mischaractorizations Judge Nicholas Ranjan Places "Need to Be Delt with" Deliberately Filtering out the Causes and Actions of my Petitions and my Future Actions. This Mischaractorization and Filtration of my Email Petition Changes the whole Meaning of the Statements as to which is Bias and Prejudices against me in Favor of the Government.

(16) THE FAILURE OF JUDGE NICHOLAS RANJAN TO INCLUDE MY OTHER STATEMENTS IN HIS ANALYZATIONS AND FILTER THEM OUT TO CREATE A DIFFERENT MEANING TO MY PETITIONS EMAIL TO FAVOR THE GOVERNMENT IS BIAS HIS IMPARTIALITY CAN REASONABLY BE QUESTIONED.

(17) JUDGE NICHOLAS RANJAN FILTERED OUT OF MY PETITION EMAIL THE FACT THAT JUDGE 1 ... WAS STONEWALLING MY CASES ... I USE THE PEN THAN THE SWORD ... I HAVE A MOTION FOR HER RECUSAL ... I WILL FILE A MANDAMUS ... I DO NOT WANT TO HARM JUDGE 1 ... MARSHALS HAVE AN OBLIGATION TO REMOVE JUDGE 1 ... TO READ MY EMAIL PETITION ATTACHMENTS, THE COURT DOCUMENTS ... ENFORCE THE CONSTITUTION ... REMEMBER YOUR OATH OF OFFICE ... ALL THIS, IT WAS TO ENFORCE THE GOVERNMENTS' OBLIGATIONS TO ME FOR AN UNBIAS JUDICIARY AND DILIGENT LITIGATION. I ALSO PETITIONED FOR THE GOVERNMENT TO QUESTION JUDGE 1 ... THESE STATEMENTS PROVE BEYOND DOUBT MY SUBJECTIVE INTENTION WAS TO ENFORCE GOVERNMENT OBLIGATIONS, DUTIES, NOT BODILY HARM.... JUDGE NICHOLAS RANJAN AND THE GOVERNMENT DELIBERATELY FAILED TO ADDRESS AND ANALYZE THESE STATEMENTS AND RE-WORDED MY EMAIL PETITION TO BIAS ME AND PREJUDICE ME WITH INJURY AND TO FAVOR THE GOVERNMENT. JUDGE NICHOLAS RANJAN'S IMPARTIALITY CAN REASONABLY BE QUESTIONED.

(18) THE MISCHARACTORIZATION AND FILTRATION OF MY SOCIAL MEDIA POSTS CREATES A DIFFERENT MEANING TO MY STATEMENTS AND BIASES ME WITH PREJUDICE INJURY TO ME AND FAVORS THE GOVERNMENT. POSTING AN ADDRESS IS NOT A CRIME AND ASKING FOR PEOPLE TO SHOW THEIR FEELINGS IS NOT A CRIME. TO MIS-CHARACTORIZE AND FILTER MY POSTS AS A "BODILY HARM THREAT" IS BIAS, JUDGE NICHOLAS RANJAN'S IMPARTIALITY CAN REASONABLY BE QUESTIONED.

(19) THE MISCHARACTORATION OF THE "DEATH SENTENCE" FACT OF LAW INTO A "DEATH THREAT" AND A CIVIL WAR STATEMENT INTO A "CIVIL WAR THREAT" IS A SERIOUS ABUSE OF WORDS. THERE IS NO THREATS, JUST STATEMENTS OF FACTS AND OPINIONS. THESE UNJUST STATEMENTS IS EVIDENCE OF BIAS AND PREJUDICE TOWARDS ME WITH INJURY AND FAVOR TOWARDS THE GOVERNMENT. JUDGE NICHOLAS RANJAN'S IMPARTIALITY CAN REASONABLY BE QUESTIONED.

(20) THE FAILURE TO INCLUDE THE ATTACHMENTS TO MY PETITION EMAIL FOR A FULL COMPREHENSIVE REVIEW OF THE FIRST AMENDMENT PETITIONS AND TO UNDERSTAND MY WRITINGS IS BIAS AND PREJUDICE TOWARDS ME WITH INJURY AND FAVORS THE GOVERNMENT.

(21) Issue of my 20 yr old Criminal Complaint Case was mentioned in my Motion. I Petitioned to Have it Void for Fraud on the Court. It is Bias towards me and Favor for the Government using this old Case Being Challenged for Fraud on the Court without a Full Comprehensive Review of the Case. (See 1/9/2021 Letter)

(22) Issue of Resisting Arrest was explained in my 1/9/2021 Letter to Everyone in this Case. I was in Shock, Scared, Blinded, I took a step back, the Marshals were in a Rush and Tased me 4 feet from the open door. There was not any "Resistance," Just impatient officers. No explanation or Warrant was given. Using this Issue against me is Bias and Prejudices me with Injury and Favors the Government. Judge Nicholas Ranjan's Impartiality Can Reasonably Be Questioned.

(23) Issue of Rifle and Bullets that are not opperational. These Items are Memorabilia of my Uncle, a Special Forces Officer in the Vietnam War. The Items were in the House for Decades before I moved there. The Items Should not Be used against me, To Do so is Bias and Prejudice me with injury and Favors the Government. Judge Ranjan's Impartiality Can

REASONABLY BE QUESTIONED. THIS ISSUE WAS ADDRESSED IN MY 1/9/2021 LETTER.

(24) THE CLAIM OF ME BEING "IN DISAGREEMENT" IN HOW JUDGE 1 HANDLED MY CASES," AND "HAVING FEELINGS" IS BIAS. HUMAN BEINGS HAVE FEELINGS AND HAVE A RIGHT TO EXPRESSION. CRIMINALIZING ME BECAUSE OF MY FIRST AMENDMENT RIGHT IS RETALIATION. A "DISAGREEMENT" CLASSIFICATION OF A JUDICIAL DUTY IS BIAS RECHARACHORIZATION OF THE FACT THAT JUDGE 1, AS A MATTER OF LAW, WAS REQUIRED, WITHOUT DELAY, AND WITHOUT PROCEEDING ANY FUTHERS TO DISQUALIFY HERSELF AND HER FAILURE TO DO SO VIOLATES MY RIGHTS AND IS A CRIMINAL ACT, A FELONY, AND A "CITIZENS DUTY IS TO RAISE THE HUE AND CRY AND REPORT FELONIES TO AUTHORITIES" IS A DEEPLY ROOTED SOCIAL OBLIGATION ... CITIZENS ARE OBLIGATATED TO ASSIST THE AUTHORITIES. ROBERTS, 445 U.S. AT 558. U.S. SUPREME COURT; TO ASSIST THE POLICE IS A DUTY OF CITIZENSHIP (PROFFITT V RIDGWAY) (QUOTED BY THE 3rd CIR PA) IN GANNAWAY V. KARETAS 438 FED APPX 61 2011 US. APP LEXIS 14779 (3rd CIR PA. JULY 19 2011) TO CRIMINALIZE ME FOR REPORTING JUDGE 1'S CRIMINAL ACT AND DOWNPLAYING THE ILLICIT ACT TO "DISAGREEMENTS" IS BIAS AND PREJUDICES ME WITH INJURY AND FAVORS THE

Government. This Reasonably Questions Judge Nicholas Ranjan's impartiality.

(25) My Gun Permit Issue was over a year ago and unrelated. I applied for a Gun Permit to challenge Gun Laws and my old 20 yr Criminal Case. For Fraud on the Court. To Bring This in This Case without a Comprehensive Review and use it against me is Bias. I Have a Right To Petition The Government Without Retaliation. The Attempt to Connect This Case to This Case is Bias, Prejudices me with Injury and Favors the Government. Judge Nicholas Ranjan's Impartiality Can Reasonably Be Questioned.

(26) My Civil Complaint Attached to my Email is Against Socialist/Communists in Government. Judge 1 Ruled in support of Socialist/Communist in Government in Violation of 28 USCS § 453, 5 USCS § 3331, 5 USCS § 7311, 5 USCS § 3333, and 18 USCS 1918, and 18 USCS § 2381, and 28 USCS §§ 144, 455 was Timely Sought. I Reported it and met Retaliation.

(27) I was Appointed an Assistance of Councel. He Did a Great Job in writing up my Reconsideration For Pretrial Detention Motion with the Information Provided. Some Issues were not Presented Because He Disagrees with me on my Legal

CHALLENGES. THESE LEGAL CHALLENGES ARE THE CASES NOW BEING USED AGAINST ME IN THIS CASE. MY GUN PERMIT CASE WAS PENDING IN THE NEW JERSEY COURTS CHALLENGING GUN LAWS CONSTITUTIONALITY AND MY OLD CASE, THE 20 YR OLD CRIMINAL CASE FOR FRAUD ON THE COURT. MY CHALLENGE IN FEDERAL COURT OF MY 20 YR OLD CRIMINAL CASE FOR FRAUD ON THE COURT IS PENDING ALSO, PREJUDICAL DECISIONS OF THESE CASES IS PREJUDICE AND USING THIS CHALLENGED CASES AGAINST ME WITHOUT A FULL COMPREHENSIVE REVIEW OF MY LEGAL CHALLENGES OF FRAUD ON THE COURT AND CONSTITUTIONALITY IS BIAS AND PREJUDICES AGAINST ME WITH INJURY AND FAVORS THE GOVERNMENT. JUDGE NICHOLAS RANJAN'S IMPARTIALITY CAN REASONABLY BE QUESTIONED.

(28) I HAVE FILED AND SERVED THIS COURT AND MY APPOINTED ATTORNEY MY MANDAMUS PETITION AND MY LETTERS OF 1/9/2021 THAT REQUESTS RELIEF TO DROP THE CASE BECAUSE OF VIOLATIONS OF THE 1ST, 5TH, AND 6TH AMENDMENTS OF THE UNITED STATES CONSTITUTION AND THE SPEEDY TRIAL ACT BECAUSE THE GOVERNMENT FAILED TO INDICT ME ON TIME. THE SPEEDY TRIAL ACT AND THE 6TH AMENDMENT IS GUARANTEED BY CONSTITUTION DURING ALL TIMES GOOD AND BAD.

THE "Emergency ORDERS" From Govener Wolf OF Pennsylvania WERE Ruled Violations OF THE 1ST, 5TH, 14TH Amendments, Due Process And Equal Protection, Right To Assemble, And The Pandemic Standing Orders Depriving The Speedy Trial Act Was A Violation OF THE 6TH Amendment in A Criminal Case in THE 9TH Cir. U.S. Court. THE "Cuomo" Case THE Supreme Court Held THE Constitution Cannot Be Put Away And Forgotten During A Pandemic. Failure To Indict me Within Time Limits is Grounds To Drop THE Case, Failure To Do So is Bias And Prejudice Against me With Injury And Favors THE Government. (See Diocese of Brooklyn V Cuomo 2020 U.S. Lexis 5708 (November 25 2020 U.S. Supreme Court)) (See County of Butler ET. AL. V. Tomas W. Wolf ET. AL. U.S. Dist. Court W. D. PA. 2020 U.S. Dist. Lexis 167544 2020 Civil Action No: 2:20-CV-677 Sept. 14, 2020) (See United States V. Olsen 2020 U.S. Dist. Lexis 193045 Oct. 14, 2020 Case No: SACR 17-00076-CJC _ F. Supp. 3d _ 1 2020 WL 6145206)

(29) I EXERCISED my First Amendment Rights And "Yelled Fire in A Theater" Because There is A "Fire", Judge 1's Failures Taints THE Judiciary And Has Prejudiced me With injury And Siding With Communism While Holding

OFFICE IS A FELLONY. IF A NEWSPAPER PRINTED WHAT I HAVE WRITEN, THEY WOULD NOT BE CRIMINALIZED LIKE ME. THE FAILURE TO RECOGNIZE FIRST AMENDMENT RETALIATION BY JUDGE NICHOLAS RANJAN IS BIAS AND PREJUDICES ME WITH INJURY HIS IMPARTIALITY CAN BE REASONABLY BE QUESTIONED.

(30) GRAND JURIES HAVE BEEN GOING ON FOR MONTHS, FAILURE TO INDICT ME ON TIME IS A VIOLATION OF MY RIGHTS. THIS IS A FIRST AMENDMENT CASE AND I PETITIONED THE GOVERNMENT TO DEAL WITH JUDGE 1, A "THREAT" DOES NOT EXIST. FAILURE TO RECOGNIZE THESE MATTERS OF FACTS ON RECORD BIAS AND PREJUDICE ME. JUDGE NICHOLAS RANJAN'S IMPARTIALITY IS QUESTIONABLE.

I SWEAR UNDER PENALTY OF PERJURY THE STATEMENTS HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 1/25/2021 BY: [signature]
WILLIAM F. KAETZ

RELIEF REQUESTED:

1. JUDICIAL NOTICES OF THE MATTERS OF FACTS ON RECORD PRESENTED IN #1 TO #30
2. ACTION TO RESOLVE THE BIAS AND PREJUDICE INJURY AND CONSTITUTIONAL VIOLATIONS WITH A DISMISSAL OF COMPLAINT WITH PREJUDICE.
3. ALTERNATIVELY THE DISQUALIFICATION OF JUDGE NICHOLAS RANJAN FOR THE BIAS AND PREJUDICES PRESENTED IN #1 TO # 30.

ORAL ARGUMENT REQUESTED IF OPPOSED.

I CERTIFY I REQUEST SERVICE OF THIS MOTION TO RESOLVE THIS MATTER AND AFFIDAVIT VIA PACER BY THE COURT TO:

DOUGLAS SUGHRUE
JUDGE NICHOLAS RANJAN
GOODMAN - U.S. ATTORNEY

DATE: 1/25/2021 BY: [signature]

WILLIAM F. KAETZ