IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-71 |
| WILLIAM KAETZ | |

### GOVERNMENT'S STATUS REPORT

And now comes the United States of America, by its attorneys Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Tonya Sulia Goodman and Cindy K. Chung, Assistant United States Attorneys for said District and, pursuant to this Court's Order (ECF No. 64), hereby submits the following.

1. On April 8, 2021, the parties appeared before the Court for a video status conference to address several pretrial issues. In particular, the Court sought the parties' positions with respect to two trial-related issues: (1) a transfer of venue from the District of New Jersey to the Western District of Pennsylvania; and (2) proceeding via a nonjury trial.

2. On April 21, 2021, the Defendant filed a Motion to Transfer Venue. (ECF No. 67.) Given the arguments set forth in the Defendant's motion, and consistent with Federal Rule of Criminal Procedure 21, the Government has no opposition to the Defendant's motion.

3. The Defendant has not yet filed a written waiver of his right to a jury trial, as required pursuant to Federal Rule of Criminal Procedure Rule 23. However, should the Defendant file a knowing and voluntary written waiver of

his right to proceed by jury trial, consistent with Federal Rule of Criminal Procedure 23(a)(2), the government hereby consents to proceeding via a nonjury trial.

        Respectfully submitted,

        STEPHEN R. KAUFMAN
        Acting United States Attorney


        s/<u>Tonya Sulia Goodman</u>
        TONYA SULIA GOODMAN
        Assistant United States Attorney
        U.S. Attorney's Office
        Tonya.goodman@usdoj.gov
        PA ID No. 204724
        *Acting Under Authority Conferred by 28 U.S.C. § 515*


        s/<u>Cindy K. Chung</u>
        CINDY K. CHUNG
        Assistant United States Attorney
        U.S. Attorney's Office
        Cindy.Chung2@usdoj.gov
        PA ID No. 317227
        *Acting Under Authority Conferred by 28 U.S.C. § 515*