# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK



M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: Newark

William T. Walsh
Clerk

May 5, 2021

Joshua C. Lewis, Clerk
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Re: U.S.A. v. KAETZ

Our Docket No: 2:21-cr-71(JNR)

Dear Clerk:

    A Memorandum and Order granting Defendant's motion to transfer venue of the above captioned case to your Court was filed on April 27, 2021. This District considers the electronic record to be the original pursuant Rule 49, Fed. R. Crim. P. As your court is a "NextGen court" the original record can be obtained by accessing CM/ECF through JENIE. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

    Sincerely,

    WILLIAM T. WALSH, Clerk

By: *Michael F. Rivera*
    Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** ___ **DATE:** _____
**YOUR DOCKET NUMBER:** _____.

DNJ-Crim-001(Rev. 09/06)

**Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format: **[17-95]**
- Run Report

    < To view a document from the docket sheet, click on the blue "underlined" document number;

    < To download, click on File, Save a Copy and save to your specific directory;

    < If the document does not have an underlined document number, it is either:

      - A text only entry and no document is attached, or
      - An entry made prior to electronic case filing and the original is enclosed, or
      - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   < Camden - 866-726-0726 or 856-757-5285
   < Newark - 866-208-1405 or 973-645-5924
   < Trenton - 866-848-6059 or 609-989-2004